The following order will be entered herein:

The judgment in the above-entitled case is reversed, and the cause remanded to the Superior Court of the County of Santa Cruz, with directions to strike out the demurrer to the complaint, and remand the cause to the Justice's Court, from which it was transferred to the late District Court for the county aforesaid, as it came from said Justice's Court, that the plaintiff may have an opportunity to amend the complaint in said Justice's Court, in accordance with what is said above.

---

[No. 6,449.—Department One.]

## JAMES LANE v. PAUL PFERDNER.

STATE LANDS.

APPEAL from a judgment for the plaintiff, and an order denying a new trial, in the First District Court, County of San Luis Obispo.   FAWCETT, J.

*Charles E. Wilson*, and *McD. R. Venable*, for Appellant.

*W. J. & William Graves*, for Respondent.

The COURT:

Upon the authority of *Lane* v. *Pferdner*, 56 Cal. 122; judgment and order affirmed.

---

[No. 10,551.—In Bank.]

## I. M. KALLOCH v. SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO.

MANDAMUS—CONSTITUTIONAL LAW—INFORMATION.

*Henry E. Highton*, and *T. B. Shapter*, for Plaintiff.

*Alexander Campbell, Jr.*, for Defendant.

The COURT:

Application for a writ of mandamus. Upon the authority of *Kalloch* v. *The Superior Court of the City and County of San Francisco*, 56 Cal. 229, writ denied.

---

[No. 10,553.—In Bank.]

## I. M. KALLOCH *v.* SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO.

MANDAMUS—CONSTITUTIONAL LAW—INFORMATION.

*Henry E. Highton*, and *T. B. Shapter*, for Plaintiff.

*Alexander Campbell, Jr.*, for Defendant.

The COURT:

Application for a writ of review. Upon the authority of *Kalloch* v. *The Superior Court of the City and County of San Francisco*, 56 Cal. 229, writ denied.

---

[No. 10,554.—In Bank.]

## I. M. KALLOCH *v.* SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO.

MANDAMUS—CONSTITUTIONAL LAW—INFORMATION.

*Henry E. Highton*, and *T. B. Shapter*, for Plaintiff.

*Alexander Campbell, Jr.*, for Defendant.

The COURT:

Upon the authority of *Kalloch* v. *The Superior Court of the City and County of San Francisco*, 56 Cal. 229, writ dismissed and petitioner remanded.